UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **2:24-cv-00206-DDP (MAR)**                                        Date: February 22, 2024

Title:  *Melvin Steven Hill v. Thomas A. Maxwell et al*

Present: The Honorable:  MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE

| Valerie Velasco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (In Chambers) MINUTE ORDER RE: STATUS OF SERVICE**

On December 15, 2023, Plaintiff Melvin Steven Hill ("Plaintiff") filed the instant action in state court against Los Angeles County, Thomas A. Maxwell, Ronald Shafer, Alex Villanueva, Los Angeles County Sheriff Department, Los Angeles County Board of Supervisors, and several "Doe" Defendants.  ECF Docket No. ("Dkt.") 2-1 (Complaint).  On January 9, 2024, the action was removed to this court by Defendant Los Angeles County ("County").  Dkt. 2.  In the Notice of Removal, the County indicated that "[o]n information and belief, no other defendants have been served."  Id. at 2.  The County filed an answer to the Complaint on January 10, 2024.  Dkt. 3.  No other Defendant has appeared.

In the interests of efficiency and the potential conservation of judicial resources, before the case against the County moves forward, the Court orders Plaintiff and the County to file reports on the status of service.  Plaintiff shall file a status report indicating whether he has served the other Defendants, along with proofs of service, if possible.  Counsel for the County should notify the Court whether they will be representing any of the other named Defendants, and if so, whether those Defendants will waive service or whether counsel will accept service on their behalf.  The parties should respond to this order **within fourteen (14) days, by March 7, 2024.**  Upon receiving the parties' responses, the Court will issue further appropriate orders.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | vv |