Anita Susan Brenner, Esq. (SBN 58741)
**LAW OFFICES OF TORRES & BRENNER**
301 East Colorado Boulevard, Suite 614
Pasadena, California 91101
Telephone:  (626) 792-3175
Facsimile:  (626) 792-2921
E-mail:     info@torresbrenner.com

Attorneys for Defendant County of Los Angeles, a public entity

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN STEVEN HILL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THOMAS A. MAXWELL, RONALD SHAFER, ALEX VILLANUEVA, LACO SHERIFF'S DEPT., COUNTY OF LA AND LACO BOARD OF SUPERVISORS; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-00206-DDP-MAR<br>(Los Angeles Superior Court Case No.: 23STCV30603)<br><br>**DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>[Pursuant to F.R.C.P. 12(c)]<br><br>Complaint filed:   December 15, 2023<br>Removal:            January 9, 2024<br><br>Date:       April 10, 2024<br>Time:      11:00 a.m.<br>Location:  Courtroom 790, 7th Floor<br>　　　　　United States Courthouse<br>　　　　　Roybal Federal Building<br>　　　　　255 East Temple Street<br>　　　　　Los Angeles, CA 90012 |

**TO THE HONORABLE MARGO A. ROCCONI, UNITED STATES MAGISTRATE JUDGE, AND TO THE PLAINTIFF MELVIN STEVEN HILL, IN PRO SE:**

　　　**PLEASE TAKE NOTICE** that Defendant County of Los Angeles (hereafter

- 1 -

"Defendant" or "County") also named in the caption as "COUNTY OF LA," will and hereby does move the Court to dismiss, without leave to amend, Plaintiff's Complaint pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. The hearing will be held on April 10, 2024, at 11:00 a.m., at the following location: Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 790, 7th Floor.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Complaint (ECF 2-1), the County's Answer (ECF 3), judicially noticed pleadings, orders and filings in the related case entitled, *Hill v. LASD,* Case No. 2:20-cv-04877-DDP-GJS, and upon such additional material as the Court may consider at any hearing on this motion.

The grounds for this motion are: (1) this lawsuit is a re-litigation of the identical issues in the case entitled, *Hill v. LASD,* Case No. 2:20-cv-04877-DDP-GJS; (2) the Complaint does not state a claim under *Monell v. Department of Social Services* (1978) 436 U.S. 658 , and (3) the two-year statute of limitations under *Usher v. City of Los Angeles,* 828 F.2d 556, 558 (1987) bars this case.

## COMPLIANCE WITH LOCAL RULE 7-3

Following correspondence (Exh. A) that outlined the issues, Defense counsel and Plaintiff Mr. Hill met and conferred in a cordial phone call on February 6, 2024, at 9:00 a.m. All matters within this motion were discussed. The conversation was amiable. Plaintiff expressed his positions and there was a good faith effort to resolve the current disputes. The parties were not able to resolve the dispute over the issues raised in this motion.

Respectfully submitted,

Dated: February 27, 2024    LAW OFFICES OF TORRES AND BRENNER

By: /s/ Anita Susan Brenner
  Anita Susan Brenner, Esq.
  Attorney for Defendant County of Los Angeles

- 2 -

DEFENDANT COUNTY'S MJP    [Case No.: 2:24-cv-00206-DDP-MAR]

# CERTIFICATION OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 301 East Colorado Boulevard, Suite 614, Pasadena, California 91101.

I hereby certify that on **February 27, 2024**, I electronically filed the following document(s) with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**DECLARATION OF ANITA SUSAN BRENNER, ESQ. IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**[PROPOSED] ORDER RE: DEFENDANT COUNTY OF LOS ANGELES'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following participants:

Melvin Steven Hill
621 West Avenue S-14
Palmdale, CA 93551

I enclosed a copy of the document(s) in a sealed, addressed envelope and placed the envelope for collection and mailing in the United States mail at Pasadena, California, following our ordinary business practice on the aforesaid date.

I declare under penalty of perjury that the foregoing is true and correct, and that this certificate was executed in Alhambra, California on **February 27, 2024**.

/s/ Idalia G. Guzman
Idalia G. Guzman